UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 98-14015-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARMEN CADENA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER REQUEST FOR ATTORNEY'S FEES

**THIS CAUSE** came before the Court upon the Report and Recommendations regarding Criminal Justice Act Voucher FLS 14 2139 issued by Chief United States Magistrate Judge Frank J. Lynch, Jr., on September 16, 2015 [ECF No. 522]. Chief Magistrate Judge Lynch Jr., recommends that this Court, grant the CJA Voucher FLS 14 2139 and that Ruben Garcia be paid **$12,696.47** as reasonable attorney's fees. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Chief Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendations [ECF No. 522], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of October, 2015.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch Jr.
Ruben Garcia, Esq
CJA Administrator